PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
NIRAV K. DESAI
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

**FILED**

FEB 03 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: | CASE NO. **2:** 17 -SW - 0 0 9 1    **KJN** |
| INFORMATION ASSOCIATED WITH TWITTER PROFILE WITH USERNAME @alksjdflkjkl at https://www.twitter.com/alksjdflkjkl THAT IS STORED AT PREMISES CONTROLLED BY TWITTER | SEALING ORDER **UNDER SEAL** |

## S E A L I N G   O R D E R

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered,

SEALED until further order of this Court.

Dated:  ___Feb 3, 2017___        _____

Hon. Kendall J. Newman
U.S. MAGISTRATE JUDGE