1  PHILLIP A. TALBERT
   United States Attorney
2  TODD A. PICKLES
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

**FILED**

FEB 22 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  In the Matter of the Searches of Relating to      CASE NOS.   2:17-SW-0066 KJN
    Lauren Kirk Coehlo and Twitter Username                       2:17-SW-0091 KJN
    @alksjdflkjkl
12                                                    [~~PROPOSED~~] ORDER UNSEALING SEARCH
                                                      WARRANTS
13

14

15       The Court hereby orders that the search warrants, supporting affidavits, and applications in Case

16  Nos. 2:17-SW-0066 KJN, and 2:17-SW-0091 KJN, as well as the Petitions to Seal, and the Orders

17  sealing these documents, shall be unsealed and made part of the public record

18       IT IS SO ORDERED.

19

20

21  Dated:  2/21/17                              _____
                                                 HON. ALLISON CLAIRE
22                                               U.S. MAGISTRATE JUDGE

[PROPOSED] ORDER                                 1